JUDGE COTE                                        08 CV 5497

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
NORMED INTERNATIONAL BV,

              Plaintiff,

- against -

ASTILLEROS BARRERAS S.A.,

              Defendant.
----------------------------------------X

DISCLOSURE OF INTERESTED PARTIES
PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: June 18, 2008
      New York, NY

                              The Plaintiff,
                              NORMED INTERNATIONAL BV

                            By: _____
                            Patrick F. Lennon
                            Coleen A. McEvoy
                            LENNON, MURPHY & LENNON, LLC
                            420 Lexington Avenue, Suite 300
                            New York, NY 10170
                            (212) 490-6050 - phone
                            (212) 490-6070 - facsimile
                            pfl@lenmur.com
                            cam@lenmur.com

